UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB KELLER, on behalf of
himself and others similarly situated,

       Plaintiff,

v.                               CASE NO.:  2:16-cv-645-FtM-99MRM

AMS, INC,
A Florida Profit Corporation

       Defendant.
_____/

## JOINT NOTICE TO COURT REGARDING FLSA SETTLEMENT

Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11 Cir. 1982), the parties file this Joint Notice Regarding FLSA Settlement and advise the Court that Plaintiff, JACOB KELLER's claims have been resolved in full without compromise. Accordingly, the parties request that the Court dismiss the above action with prejudice. The parties are contemporaneously filing a Joint Stipulation for Dismissal with Prejudice.

Respectfully submitted this  17th  day of November, 2016.

| | |
|---|---|
| By: /s/ Jason L. Gunter | By: /s/ Lindsay Lee, Esq. |
|    Jason L. Gunter, P.A. | RON M. CAMPBELL, ESQ. |
|    Fla Bar No.:0134694 | Florida Bar No.: 827061 |
|    Jason L. Gunter, P.A. | LINDSAY L. LEE, ESQ. |
|    Attorney for Plaintiff | FBN: 086077 |
|    1625 Hendry Street, Suite 103 | COLE, SCOTT & KISSANE, P.A. |
|    Fort Myers, FL 33901 | 27300 Riverview Center Blvd., Suite 200 |
|    Tel: (239) 334-7017 | Bonita Springs, FL 34134 |
|    Fax: (239) 236-8008 | Telephone: (239) 690-7925 |
|    Email: jason@gunterfirm.com | Facsimile: (239) 738-7778 |
| | E-mail: ron.campbell@csklegal.com |
| | E-mail: lindsay.lee@csklegal.com |